UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:16-cv-00084-JSM-PRL

JILL CETNAROWICZ-BROWN,

Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,

Defendant.
________________________________/

**DEFENDANT'S NOTICE OF FILING CORRECTED ADMINISTRATIVE RECORD**

Pursuant to the Court's April 6, 2016 ERISA Case Management and Scheduling Order [DE 10], Defendant, Aetna Life Insurance Company, through its undersigned counsel hereby gives notice of filing the attached Corrected Administrative Record of Plaintiff's claim for benefits pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* which is numbered A-000001 through A-001564. The previously filed/served CD [1] containing surveillance video that is also a part of the Record remains unchanged from the previous filing and is not being re-filed/reserved herewith. The Corrected Administrative Record is being simultaneously produced to Plaintiff through the CM/ECF system and the surveillance video has previously been provided to Plaintiff.

*/s/ Jonathan F. Fordin*
Jonathan M. Fordin, Esquire
Florida Bar No. 371637
Jerel C. Dawson, Esquire
Florida Bar No. 0152390
jfordin@shutts.com
jdawson@shutts.com
SHUTTS & BOWEN, LLP
200 South Biscayne Blvd.
Suite 4100
Miami, Florida 33131
Tel: 305-347-7312 / Fax: 305-347-7839
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **18th** day of May, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Nancy L. Cavey, Esq.**
Law Offices of Nancy L. Cavey
821 16th Street North
St. Petersburg, Florida 33705
cavey@tampabay.rr.com

*/s/ Jonathan M. Fordin*
Of Counsel